UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARIS WINSTON STEWART,<br><br>Defendant. | NO. CR07-211RSL<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

This matter comes before the Court on defendant Stewart's "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), Dkt. #89. Defendant contends that he is eligible for a sentence reduction by two levels via Amendment 706 to the United States Sentencing Guidelines, which reduces the base offense level for cocaine base offenses. Id. at 2. Amendment 706 became effective November 1, 2007. Defendant was sentenced more than two months later, on January 10, 2008. Dkt. #86. As Amendment 706 was in effect when defendant was sentenced, defendant already received the appropriate sentence reduction mandated by the amended Sentencing Guidelines. See, e.g., Dkt. #77 at 5 (government sentencing memorandum based on November 1, 2007 edition of U.S.S.G. 2D1.1(c)(5)).

For the foregoing reasons, defendants motion to reduce sentence (Dkt. #89) is DENIED.

DATED this 3rd day of March, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
REDUCE SENTENCE - 2